AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Kenneth P. Winnard | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:10 CV 2456 26TBM |
| National Board of Medical Examiners of the United States of America | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer, Managing or General Agent
National Board of Medical Examiners of the United States of America
3750 Market Street
Philadelphia, PA 19104-3102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Scott & Wallace LLP
Clint Wallace
1168 East Tennessee Street
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV - 3 2010

*Signature of Clerk or Deputy Clerk*