IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
**TAMPA DIVISION**

Kenneth P. Winnard

      Plaintiff,

-v-                                CASE NO. 8:10-cv-2456

The National Board of Medical Examiners
Of The United States Of America,

      Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE AND* CONSENT TO DESIGNATION

In accordance with Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Charles Weiner, Esquire of the Law Office of Charles Weiner, 179 N. Broad St, Doylestown, PA 18901, 215-348-4283, for purposes of appearance as co-counsel on behalf of plaintiff, Kenneth Winnard in the above-styled case only, and in support thereof states as follows:

    1.    On information and belief, Charles Weiner, Esquire is not admitted to practice in the Middle District of Florida and is a member in good standing of the Supreme Court of Pennsylvania. He is also admitted to practice in the United States District Court for the Eastern District of Pennsylvania; the United States District Court for the Middle District of

Pennsylvania; the United States Court of Appeals for the Third Circuit and has been admitted Pro Hac Vice in Federal District Courts located in states other than Pennsylvania.  On information and belief, there are no pending disciplinary proceedings against Charles Weiner, Esquire in any state or federal courts.  An original certificate of good standing issued by the Pennsylvania Supreme Court has been provided to the Clerk under separate cover.

  2. Movant, J.Clint Wallace, Esquire of the law firm of Scott & Wallace, 1168 E. Tennessee St., Tallahassee, Florida  32308, 850-222-7777, is a member in good standing of the Florida bar and the United States District Court for the Middle District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the courts electronic filing system.  Movant consents to be designated as a member of the bar of this Court with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

  3. In accordance with the local rules of this Court, Charles Weiner Esquire has made payment of this Court's $10 admission fee under separate cover.  A Special Admission Attorney Certification in accordance with Rule 2.02 has been filed with the Clerk of the Court under separate cover.

  WHEREFORE, Movant, J. Clint Wallace moves this Court to enter an Order for Charles Weiner, Esquire, to appear before this Court on behalf of Plaintiff, Kenneth Winnard, for all purposes relating to the proceedings in the above-styled matter.

Date: November 9, 2010        s/ Clint Wallace
                  J. Clint Wallace
                  Florida Bar No. 59590
                  Scott & Wallace LLP

                                    1168 East Tennessee Street
                                    Tallahassee, Florida 32308
                                    Telephone:  (850) 222-7777
                                    Facsimile:  (850) 222-7778
                                    cwallace@scottandwallacelaw.com

                                    Attorney for Kenneth P. Winnard

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Jo Anne Simon
Law Office of Jo Anne Simon, P.A.
356 Fulton St., 3rd FL
Brooklyn, NY 11201

Charles Weiner
Law Office of Charles Weiner, P.A.
179 N. Broad St.
Doylestown, PA 18901

The National Board of Medical Examiners
Of The United States Of America
3750 Market Street
Philadelphia, PA 19104-3102

                                    s/ Clint Wallace
                                    J. Clint Wallace
                                    Florida Bar No. 59590
                                    Scott & Wallace LLP
                                    1168 East Tennessee Street
                                    Tallahassee, Florida 32308
                                    Telephone:  (850) 222-7777
                                    Facsimile:  (850) 222-7778
                                    cwallace@scottandwallacelaw.com

                                    Attorney for Kenneth P. Winnard