IN THE UNITED STATES DISTRICT COURT FOR THE
 MIDDLE DISTRICT OF FLORIDA
**TAMPA DIVISION**

Kenneth P. Winnard


          Plaintiff,

-v-                                        CASE NO. 8:10-cv-2456



The National Board of Medical Examiners
Of The United States Of America,

          Defendant.
_____/



## MOTION TO APPEAR *PRO HAC VICE AND* CONSENT TO DESIGNATION


          In accordance with Local Rule 2.02(a) of the United States District Court for the Middle

District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jo Anne

Simon, Esquire of the law office of Jo Anne Simon, P.C., 356 Fulton Street, Brooklyn, New

York 11201, 718 852-3528, for purposes of appearance as co-counsel on behalf of plaintiff,

Kenneth Winnard in the above-styled case only, and in support thereof states as follows:

1.       Upon information and belief, Jo Anne Simon, Esquire is not admitted to practice in the

Middle District of Florida and is a member in good standing of the Courts of the State of New

York, and the United States District Courts for the Southern, Eastern and Northern Districts of

New York, and the District of New Jersey, the United States Court of Appeals for the Second

and Eleventh Circuits and the United States Supreme Court.  Upon information and belief, there

are no pending disciplinary proceedings against Jo Anne Simon, Esquire in any state or federal

courts.  An original certificate of good standing issued by the Appellate Division of the Supreme Court of the State of New York is being filed with the Clerk of Court under separate cover.

2.      Movant, J.Clint Wallace of the law firm of Scott & Wallace, 1168 E. Tennessee St., Tallahassee, Florida  32308, 850-222-7777, is a member in good standing of the Florida bar and the United States District Court for the Middle District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the courts electronic filing system. Movant consents to be designated as a member of the bar of this Court with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

3.      In accordance with the local rules of this Court, Jo Anne Simon, Esquire has made payment of this Court's $10 admission fee.  A Special Admission Attorney Certification in accordance with Rule 2.02 is being filed with the Clerk of Court under separate cover.

WHEREFORE, Movant, J. Clint Wallace, Esquire, moves this Court to enter an Order for Jo Anne Simon, Esquire, to appear before this Court on behalf of Plaintiff, Kenneth Winnard, for all purposes relating to the proceedings in the above-styled matter.


Date: November 9, 2010                              s/ Clint Wallace_____
                                                    J. Clint Wallace
                                                    Florida Bar No. 59590
                                                    Scott & Wallace LLP
                                                    1168 East Tennessee Street
                                                    Tallahassee, Florida 32308
                                                    Telephone:  (850) 222-7777
                                                    Facsimile:  (850) 222-7778
                                                    cwallace@scottandwallacelaw.com

                                                    Attorney for Kenneth P. Winnard

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 9, 2010, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail on November 10, 2010 to the following non-CM/ECF participants:

Jo Anne Simon
Law Office of Jo Anne Simon, P.A.
356 Fulton St., 3rd FL
Brooklyn, NY 11201

Charles Weiner
Law Office of Charles Weiner, P.A.
179 N. Broad St.
Doylestown, PA 18901

The National Board of Medical Examiners
Of The United States Of America
3750 Market Street
Philadelphia, PA 19104-3102

s/ Clint Wallace
J. Clint Wallace
Florida Bar No. 59590
Scott & Wallace LLP
1168 East Tennessee Street
Tallahassee, Florida 32308
Telephone:  (850) 222-7777
Facsimile:  (850) 222-7778
cwallace@scottandwallacelaw.com

Attorney for Kenneth P. Winnard