IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
**TAMPA DIVISION**

Kenneth P. Winnard

     Plaintiff,

-v-                                           CASE NO. 8:10-cv-2456

The National Board of Medical Examiners
Of The United States Of America,

     Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                _____
                _____
                _____
                _____

__x__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Date: November 17, 2010                            s/ Clint Wallace
                                                                       J. Clint Wallace
                                                                       Florida Bar No. 59590
                                                                       Scott & Wallace LLP
                                                                       1168 East Tennessee Street
                                                                       Tallahassee, Florida 32308
                                                                       Telephone:  (850) 222-7777

      Facsimile:  (850) 222-7778
      cwallace@scottandwallacelaw.com

      Attorney for Kenneth P. Winnard

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

The National Board of Medical Examiners
Of The United States Of America
3750 Market Street
Philadelphia, PA 19104-3102

      s/ Clint Wallace
      J. Clint Wallace
      Florida Bar No. 59590
      Scott & Wallace LLP
      1168 East Tennessee Street
      Tallahassee, Florida 32308
      Telephone:  (850) 222-7777
      Facsimile:  (850) 222-7778
      cwallace@scottandwallacelaw.com

      Attorney for Kenneth P. Winnard