IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
**TAMPA DIVISION**

Kenneth P. Winnard

     Plaintiff,

-v-                                     CASE NO. 8:10-cv-2456

The National Board of Medical Examiners
Of The United States Of America,

     Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

     I hereby disclose the following pursuant to this Court's interested persons order:
1.) the name of each persons, attorney, association of persons, firm law firm, partnership, and corporation that has or may have an interest in the outcome of this action---- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    **Kenneth P. Winnard**

    **John Clint Wallace, Scott & Wallace LLP**

    **Charles Weiner, Law Office of Charles Weiner**

    **Jo Anne Simon, Attorney at Law**

    **The National Board of Medical Examiners of the United States of America**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **N/A**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**N/A**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Kenneth P. Winnard**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: November 17, 2010                    s/ Clint Wallace
                                            J. Clint Wallace
                                            Florida Bar No. 59590
                                            Scott & Wallace LLP
                                            1168 East Tennessee Street
                                            Tallahassee, Florida 32308
                                            Telephone: (850) 222-7777
                                            Facsimile: (850) 222-7778
                                            cwallace@scottandwallacelaw.com

                                            Attorney for Kenneth P. Winnard

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

The National Board of Medical Examiners
Of The United States Of America
3750 Market Street
Philadelphia, PA 19104-3102

                                            s/ Clint Wallace
                                            J. Clint Wallace

        Florida Bar No. 59590
        Scott & Wallace LLP
        1168 East Tennessee Street
        Tallahassee, Florida 32308
        Telephone:  (850) 222-7777
        Facsimile:  (850) 222-7778
        cwallace@scottandwallacelaw.com

        Attorney for Kenneth P. Winnard