UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

---

KENNETH P. WINNARD,

    Plaintiff,

vs.

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.

No.: 8:10-cv-02456-RAL-TBM

---

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Kenneth P. Winnard hereby dismisses this action with prejudice, all parties to bear their own costs, attorneys' fees and expenses.

Date: December 6TH, 2010

By: _____
J. Clint Wallace
Florida Bar No. 59590
Scott & Wallace LLP
1168 East Tennessee Street
Tallahassee, FL 32308
850-222-7777
Fax: 850-222-7778
cwallace@scottandwallacelaw.com

Counsel for Plaintiff

80911303.1